UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KENNETH BONDERER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:20-cv-2540 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a sixty-day extension of time to file either an amended complaint or a notice of substitution that identifies the Doe defendants. ECF No. 6 at 3. The current deadline is June 7, 2021. Good cause appearing, the motion will be granted.

The court notes that plaintiff has attached his initial request for names that includes a response asking for further clarification of the information requested. Id. at 2. In addition to the names of the officers, the request sought the date, time, and location of the incident. Id. The complaint already includes the date and location of the incident (September 26, 2020, in the 6 pod dayroom),[1] and it is unnecessary for plaintiff to include the time of the incident for purposes of moving this case forward.

////

---

[1] Plaintiff may be able to obtain the names of the officers more quickly if his request for information includes the date and location of the incident.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 8, is GRANTED; and

2. Plaintiff shall have an additional sixty days, up to and including August 6, 2021, to file either an amended complaint that names the defendants or a motion to substitute named defendants for the Doe defendants. Failure to do so will result in a recommendation that this action be dismissed.

DATED: June 3, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE